989 A.2d 5

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Person of African Descent: Aaron Christopher WHEELER, Pro Se, Petitioner.**

No. 158 EM 2009.

Supreme Court of Pennsylvania.

Jan. 20, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of January, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus and the Application for an Evidentiary Hearing are **DENIED.**

989 A.2d 5

**In re M.T.**

**Petition of E.B.**

No. 178 EM 2009.

Supreme Court of Pennsylvania.

Jan. 20, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of January, 2010, the Application for Relief is **DENIED.**